OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801
(302)573-6170
www.ded.uscourts.gov

March 13, 2020

TO:

**Aaron R. Hand**
**Denise De Mory**
**Michael Zachary**
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063

**Christopher G. Hanewicz**
Perkins Coie LLP
33 East Main Street
Suite 201
Madison, WI 53703

**Wing Liang**
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

**Matthew J. Moffa**
Perkins Coie LLP
1155 Avenue of the Americas
22nd Flr.
New York, NY 10036

**Susan G. L. Glovsky**
Hamilton Brook Smith Reynolds
155 Seaport Blvd.
Boston, MA 02210

**Lawrence P. Cogswell , III**
Hamilton Brook Smith & Reynolds, P.C.
530 Virginia Road
PO Box 9133
Concord, MA 01742-9133

**Elizabeth A. DiMarco**
**Gregory F. Corbett**
Wolf, Greenfield & Sacks, PC
600 Atlantic Avenue
Boston, MA 02210

RE:     DE Case CA 20-cv-358
        DC/MA Case CA 1:19-11177 ADB
        ViaTech Technologies, Inc. v. Adobe Inc.

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on 3/13/2020.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel.  Local Rule 83.5 (d) and (e) read as follows:

(d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro

hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e)  Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

(1)  The filing of the first paper filed on its behalf; or
(2)   The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before 4/13/2020.

Sincerely,

John A. Cerino
Clerk of Court

By:  /s/ Leigh Kilpatrick
       Deputy Clerk