

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

April 23, 2020

**BY CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Viatech Technologies, Inc. v. Adobe Inc.*,
C.A. No. 20-358-RGA

Dear Judge Andrews:

Pursuant to D. Del. LR 7.1.2(b), Defendant Adobe Inc. ("Adobe") respectfully notifies the Court of recent subsequent authority relevant to Adobe's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) because the asserted claims of U.S. Patent No. 6,920,567 ("the '567 Patent") are directed to patent-ineligible subject matter under 35 U.S.C. § 101.  (D.I. 24-25.)

On April 14, 2020, the Federal Circuit issued the precedential decision attached hereto as Exhibit 1 in *Ericsson Inc. v. TCL Commc'n Tech. Holdings Ltd.*, Case No. 2018-2003, -- F.3d --, 2020 WL 1856498 (Fed. Cir. Apr. 14, 2020).  Adobe believes that this decision is relevant to the Court's consideration of Adobe's Motion to Dismiss because the claims at issue in that decision cover the same subject matter as, and are highly similar to, the claims at issue in this case.  As such, Adobe respectfully submits that the Federal Circuit's patent-eligibility analysis of the claims in that decision is pertinent to the Court's patent-eligibility analysis of the claims in the '567 Patent.

Respectfully,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

KEF/lll
Attachment

cc: Counsel of Record (via CM/ECF)

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

RLF1 23321897v.1