# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 15, 2023

The Honorable Richard G. Andrews  
United States District Court  
J. Caleb Boggs Federal Building  
Wilmington, DE  19801-3555

VIA ELECTRONIC FILING

Re:  *ViaTech Technologies, Inc. v. Adobe Inc.,*  
       C.A. Nos. 20-358-RGA-JLH

Dear Judge Andrews:

     I am Delaware counsel for Plaintiff, ViaTech Technoloies, Inc. ("ViaTech") in the above action, which is scheduled to begin trial this Monday, September 18, 2023, and I am writing to alert the Court to a development with respect to one of ViaTech's expert witnesses – Jim Bergman.  Specifically, Mr. Bergman tested positive for COVID yesterday, which will affect his availability for trial.  Mr. Bergman had COVID during the first full week of September, and had subsequently tested negative for three days in a row, before testing positive yesterday.  Mr. Bergman is based in California, and according to CDC guidelines (https://emergency.cdc.gov/han/2022/pdf/CDC_HAN_467.pdf) relating to "rebound" COVID, Mr. Bergman should wait at least five days after testing positive before traveling to Delaware, assuming he is sufficiently healthy to travel. We brought this to the attention of Defendant's counsel yesterday, within hours of our hearing about it.

     ViaTech had expected Mr. Bergman would testify on Wednesday, September 20, but this no longer appears to be feasible.  In light of Mr. Bergman's unavoidable absence, ViaTech proposed to Adobe's counsel that Adobe begin to present its witnesses late in the day on Tuesday, September 19, or on Wednesday, September 20, depending on when ViaTech's other witnesses have completed their testimony.  ViaTech further proposed that ViaTech's case-in-chief remain open until Mr. Bergman has completed his testimony.  On the assumption that Mr. Bergman will have satisfied CDC guidelines and can travel to Delaware later next week, ViaTech further proposed to call Mr. Bergman as a witness on Monday, September 25, after which ViaTech would rest its case-in-chief.  Adobe's counsel agreed to ViaTech's proposal, provided that ViaTech confirmed that Mr. Bergan would not testify during the first week of trial. ViaTech confirms Mr. Bergman will not testify during the first week of trial.

     We are hopeful that Mr. Bergman will be able to testify on September 25 and are not making any requests regarding the trial at this time, but we cannot predict how his illness will progress. Accordingly, we felt that we should make the Court aware of the situation, and the parties agreement in connection with this issue.

{01936845;v1 }

Respectfully,

/s/ *Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/nlm

cc: Counsel of Record (via electronic mail)

{01936845;v1 }