# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIATECH TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 20-358-RGA-JLH |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| ADOBE INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered Adobe's Motion for Permission to Bring Electronic Devices Into the J. Caleb Boggs Federal Building and United States Courthouse, it is HEREBY ORDERED that the motion is **GRANTED**.

With appropriate identification and a copy of this Order, the following individuals may bring personal electronic devices to the courthouse for purposes of the jury trial scheduled for September 18-20, 2023 and September 25-27, 2023 and the courtroom setup scheduled for September 15, 2023:

- Julie Pambianco, Senior Paralegal
- Goldie Wilder, Senior Paralegal
- Kyle Huston, Technology Consultant
- Hunter Blackburn, Technology Consultant
- Charles Campbell, Technology Consultant
- Alex Rennick, Trial Technician
- Kevin Boully, Trial Consultant
- Karen Lisko, Trial Consultant
- Nisha Mody, Expert Witness

Stephen Wicker, Expert Witness

William Rosenblatt, Expert Witness

Dan Brotsky, Witness

Jonathan Crawford, Witness

Michael Draper, Witness

Sanford Bingham, Witness

Richard Atkinson, Witness

Thomas Carmack, Client

Michelle Ma, Client

Jee Young You, Client

Each of the above individuals shall be treated as exempt under Paragraph 4 of the Court's Standing Order but shall comply with Paragraph 5 of the Standing Order.

**SO ORDERED**, this __15__ day of __September__, 2023.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE