**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VIATECH TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADOBE INC., )<br>)<br>Defendant. )<br>) | C.A. No. 20-358-RGA-JLH |

**J<small>URY</small> V<small>ERDICT</small> F<small>ORM</small>**

**QUESTION 1: Infringement by AMT**

Did ViaTech prove by a preponderance of the evidence that AMT infringed the following asserted claims of the '567 Patent?

Answer YES or NO in the space provided:

|         | YES (for ViaTech) | NO (for Adobe) |
|---------|-------------------|----------------|
| Claim 1 | ✓ Yes             |                |
| Claim 5 | ✓ Yes             |                |
| Claim 7 | ✓ Yes             |                |

**QUESTION 2: Infringement by NGL**

Did ViaTech prove by a preponderance of the evidence that NGL infringed the following asserted claims of the '567 Patent?

Answer YES or NO in the space provided:

|          | YES (for ViaTech) | NO (for Adobe) |
|----------|-------------------|----------------|
| Claim 1  | ✓ Yes             |                |
| Claim 7  | ✓ Yes             |                |
| Claim 13 | ✓ Yes             |                |
| Claim 14 | ✓ Yes             |                |

**QUESTION 3: Invalidity**

Did Adobe prove by clear and convincing evidence that the following claims of the '567 Patent are invalid?

**Answer YES or NO in the space provided:**

|          | YES (for Adobe) | NO (for ViaTech) |
|----------|-----------------|------------------|
| Claim 1  |                 | ✓ No             |
| Claim 5  |                 | ✓ No             |
| Claim 7  |                 | ✓ No             |
| Claim 13 |                 | ✓ No             |
| Claim 14 |                 | ✓ No             |

**QUESTION 4: Damages**

Answer the following question if there is **at least one** claim of the '567 Patent for which you answered "Yes" in Question 1 or 2 and for that same claim answered "No" in Question 3. In other words, if there is any claim that you found both infringed and not invalid, answer this question.

What sum of money do you find would fairly and reasonably compensate ViaTech for the infringement?

Total Amount of Damages: $ 33,799,921.00

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should sign the verdict form in the space below and notify the Jury officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Signed this 22 day of September, 2023.

FOREPERSON