IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIATECH TECHNOLOGIES, INC.,

   Plaintiff,

 v.           Civil Action No. 20-358-RGA

ADOBE, INC.,

   Defendant.

**TRIAL VERDICT**

The jury having deliberated on the claims and affirmative defenses asserted at trial, and the jury having reached a verdict (D.I. 284), judgment is entered for ViaTech Technologies, Inc., and against Adobe, Inc. in the amount of $33,799,921.

IT IS SO ORDERED this 28th day of September 2023.

_/s/ Richard G. Andrews_
United States District Judge