IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIATECH TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-358-RGA-JLH |
| | ) |
| ADOBE INC., | ) |
| | ) |
| Defendant. | ) |

**<u>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that:

1. The parties are exchanging corrections to the trial transcript, and propose that such corrections be submitted no later than October 13, 2023.

2. The filing of any motion for an award of attorneys' fees and/or costs and/or a Bill of Costs pursuant D. Del. LR 54.1 shall be deferred as set forth herein.

3. If an appeal is filed following the completion of post-trial briefing and a final decision from the Court in connection with the same, then the deadline for filing a motion for attorneys' fees and/or costs and/or a Bill of Costs pursuant D. Del. LR 54.1 is extended to forty-five (45) days after issuance of a mandate from the Federal Circuit in connection with the appeal.

4. If no appeal is filed, then the deadline for filing a motion for attorneys' fees and/or costs and/or any Bill of Costs pursuant D. Del. LR 54.1 is extended to forty-five (45) days after the deadline for filing an appeal has lapsed.

{01947319;v1 }

| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Andrew C. Mayo* | /s/ *Kelly E. Farnan* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com |
| *Attorneys for ViaTech Technologies, Inc.* | *Attorneys for Adobe Inc.* |

SO ORDERED this __12__ day of October, 2023.

/s/ Richard G. Andrews
United States District Judge