# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIATECH TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 20-358-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND PROPOSED ORDER RE POST-TRIAL MOTIONS

It is hereby stipulated and agreed, subject to the approval and Order of the Court, that pursuant to Fed. R. Civ. P. 6(b)(2), the parties shall file any post-trial motions pursuant to Fed. R. Civ. P. 50(b) and 59, including for JMOL motions, motions for a new trial, and motions for pre- and post-judgment interest, in the time frame provided under the Federal Rules of Civil Procedure;

It is further stipulated and agreed, pursuant to Local Rule 7.1.2(a) and (b), and subject to the approval and Order of the Court, that briefing in connection with post-trial motions shall proceed as follows:

1. Adobe shall file a single opening brief in support of any post-trial motions on or before November 9, 2023.  ViaTech shall file its responsive brief no later than November 30, 2023, and Adobe shall file its reply brief no later than 21- days after ViaTech files its response.

2. ViaTech shall file a single opening brief in support of any post-trial motions by no later than October 26, 2023, and the parties shall thereafter file their response and reply briefs according to the local rules.

| | |
|---|---|
| /s/ Andrew Mayo | /s/ Kelly E. Farnan |
| John G. Day (#2403) | Kelly E. Farnan (#4395) |
| Andrew Colin Mayo (#5207) | Richards, Layton & Finger, P.A. |
| ASHBY & GEDDES | One Rodney Square |
| 500 Delaware Avenue, 8th Floor | 920 North King Street |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 |
| 302-654-1888 | farnan@rlf.com |
| jday@ashbygeddes.com | |
| amayo@ashbygeddes.com | *Of Counsel:* |
| | |
| *Of Counsel*: | James F. Valentine |
| | Perkins Coie LLP |
| Denise M. De Mory (*Pro Hac Vice*) | 3150 Porter Drive |
| Michael Zachary (*Pro Hac Vice*) | Palo Alto, CA 94304 |
| Richard C. Lin (*Pro Hac Vice*) | |
| Elizabeth Day (*Pro Hac Vice*) | Christopher Hanewicz |
| Aaron Hand (*Pro Hac Vice*) | Perkins Coie LLP |
| Hillary Bunsow (*Pro Hac Vice*) | 33 East Main Street |
| BUNSOW DE MORY LLP | Suite 201 |
| 701 El Camino Real | Madison, WI 53703 |
| Redwood City, CA 94063 | |
| Tel.: (650) 351-7248 | Matthew Moffa |
| Fax: (415) 426-4744 | Thomas V. Matthew |
| ddemory@bdiplaw.com | Perkins Coie LLP |
| mzachary@bdiplaw.com | 1155 Avenue of the Americas |
| rlin@bdiplaw.com | 22nd Floor |
| eday@bdiplaw.com | New York, NY 10036 |
| ahand@bdiplaw.com | |
| hillarybunsow@bdiplaw.com | *Attorneys for Defendant* |
| | ADOBE INC. |
| *Counsel for Plaintiff* | |
| VIATECH TECHNOLOGIES, INC. | |

IT IS SO ORDERED, this __ day of _____, 2023.

                                                Judge Richard G. Andrews
                                                UNITED STATES DISTRICT JUDGE