IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIATECH TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-358-RGA |
| v. | ) |
| | ) |
| ADOBE INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND PROPOSED ORDER RE POST-TRIAL MOTIONS

It is hereby stipulated and agreed, subject to the approval and Order of the Court, that pursuant to Fed. R. Civ. P. 6(b)(2), the parties shall file any post-trial motions pursuant to Fed. R. Civ. P. 50(b) and 59, including for JMOL motions, motions for a new trial, and motions for pre- and post-judgment interest, in the time frame provided under the Federal Rules of Civil Procedure;

It is further stipulated and agreed, pursuant to Local Rule 7.1.2(a) and (b), and subject to the approval and Order of the Court, that briefing in connection with post-trial motions shall proceed as follows:

1. Adobe shall file a single opening brief in support of any post-trial motions on or before November 9, 2023. ViaTech shall file its responsive brief no later than November 30, 2023, and Adobe shall file its reply brief no later than 21- days after ViaTech files its response.

2. ViaTech shall file a single opening brief in support of any post-trial motions by no later than October 26, 2023, and the parties shall thereafter file their response and reply briefs according to the local rules.

<div style="display: flex;">

<div>

/s/ Andrew Mayo
John G. Day (#2403)
Andrew Colin Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Of Counsel*:

Denise M. De Mory (*Pro Hac Vice*)
Michael Zachary (*Pro Hac Vice*)
Richard C. Lin (*Pro Hac Vice*)
Elizabeth Day (*Pro Hac Vice*)
Aaron Hand (*Pro Hac Vice*)
Hillary Bunsow (*Pro Hac Vice*)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
mzachary@bdiplaw.com
rlin@bdiplaw.com
eday@bdiplaw.com
ahand@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Plaintiff*
VIATECH TECHNOLOGIES, INC.

</div>

<div>

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Of Counsel:*

James F. Valentine
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

Christopher Hanewicz
Perkins Coie LLP
33 East Main Street
Suite 201
Madison, WI 53703

Matthew Moffa
Thomas V. Matthew
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036

*Attorneys for Defendant*
ADOBE INC.

</div>

</div>

IT IS SO ORDERED, this 19th day of October, 2023.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

2