**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| FALL LINE PATENTS, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ARBY'S RESTAURANT GROUP, INC., § <br> Defendants. § <br> § | CIVIL ACTION NO. 5:23-CV-00110-RWS <br> *LEAD CASE* |

## ORDER

Before the Court is the Plaintiff Fall Line Patents, LLC and Defendants Arby's, Sonic's, and Dunkin's Supplemental Joint Notice Regarding Mediation. Docket No. 56. Defendants Arby's, Sonic, and Dunkin have agreed to mediate with Plaintiff and ask the Court to appoint William Corneilus as mediator. *Id.* Having considered the notice, and because it is agreed, the notice is hereby accepted by the Court. Accordingly, Plaintiff, as well as Defendants Arby's, Sonic, and Dunkin are

**ORDERED** to attend an in-person mediation with Mr. William Cornelius. To ensure the mediation is as productive as possible, the Court hereby

**ORDERS** that each party shall personally attend such mediation with lead counsel and a representative who has full and unilateral authority to negotiate and compromise on all pending disputes. No party or representative may leave the mediation session, once it begins, without approval of the mediator. The parties are further

**ORDERED** to schedule a mediation conference with Mr. Cornelius. Mr. Cornelius may be contacted at 305 S. Broadway, Suite 702, Tyler, TX, 75702; telephone: (903) 530-1081; and

email: bill@wcstrategicadr.com. The parties shall notify the Court of its mediation deadline in accordance with the Docket Control Order. *See* Docket No. 51 at 6.

**So ORDERED and SIGNED this 28th day of February, 2024.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE